IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

LINDA K. GEMBICA                                                                            PLAINTIFF

V.                                         NO. 12-2015

MICHAEL J. ASTRUE,
Commissioner of the Social Security Administration                      DEFENDANT

### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is Defendant's Motion to Dismiss for Lack of Prosecution. (Doc. 10). On January 31, 2013, the undersigned entered an Order to Show Cause directing the pro se Plaintiff to advise the Court as to why her complaint should not be dismissed for failure to prosecute, pursuant to Fed.R.Civ.P. 41(b), by February 15, 2013. (Doc. 11). As of this date, Plaintiff has not responded to the Order.

Accordingly, the undersigned recommends that the complaint be dismissed for failure to prosecute, pursuant to Fed.R.Civ.P. 41(b).

**The parties have fourteen days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court**.

DATED this 7th day of May, 2013.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE