IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

LINDA K. GEMBICA                                                                           PLAINTIFF

v.                                          Case No. 2:12-CV-02015

MICHAEL J. ASTRUE[1], Commissioner of
Social Security Administration                                                          DEFENDANT

## ORDER

      The Court has received proposed findings and recommendations (Doc. 12) from United States Magistrate Judge Erin L. Setser.  There have been no objections.  After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.  Judgment will be entered accordingly.

      **IT IS SO ORDERED** this 30th day of May, 2013.

                                            /s/ P. K. Holmes, III
                                            P.K. HOLMES, III
                                            CHIEF U.S. DISTRICT JUDGE

---

[1] Carolyn Colvin became the acting Social Security Commissioner on February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn Colvin has been substituted for Commissioner Michael J. Astrue as the Defendant in this case.